50 A.3d 1254

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**William GREGG, Appellant.**

Supreme Court of Pennsylvania.

Aug. 20, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 20th day of August, 2012, the Order of the Commonwealth Court is hereby **AFFIRMED.**